125 P.3d 514

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**December 16, 2005**

| 25812 | Roth v. Cummings | Affirmed |
|-------|------------------|----------|

**December 20, 2005**

| 26578 | Bednarz v. State | Affirmed |
|-------|------------------|----------|

**December 22, 2005**

| 26102 | Mendoza v. State | Affirmed |
|-------|------------------|----------|

**December 28, 2005**

| 26847 | State v. Dela Cruz | Affirmed |
|-------|--------------------|----------|
| 26072 | State v. Dennis | Affirmed |
| 26783 | State v. Kanekoa | Affirmed |
| 26948 | State v. Puha | Affirmed |

**December 29, 2005**

| 25990 | Mohr v. Ing | Affirmed |
|-------|-------------|----------|

**December 30, 2005**

| 26490 | Luke v. Administrative Director of Courts | Affirmed |
|-------|-------------------------------------------|----------|